McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant United States Attorney
Federal Building, Room 3654
1130 O Street
Fresno, California 93721
Telephone: (559) 498-7272

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Howard Hamilton,<br><br>　　　　Petitioner.<br><br>　v.<br><br><br>Department of Justice, et al.,<br><br>　　　　Defendants. | CIV-F-05-CV-01129-OWW-DLB<br><br>**STIPULATION and ORDER RESPONDENTS' ANSWER AND** |

　　　　On October 12, 2005, the petitioner, Howard Hamilton, pro se, served a Complaint on the United States Attorney's Office, requesting that the court adjudicate his naturalization application.[1] The respondents Answer to the Complaint is due on December 12, 2005. The parties hereby stipulate that the respondents' Answer can be filed by **January 23 2006.** Good cause exits for this stipulation because the respondents are working to adjudicate the petitioner's application for citizenship and the matter may be resolved if given the extra time. If the issue is not resolved, the parties stipulate that the respondents can file an Answer on the date above. In

---

[1] The petitioner also served the other parties on the following dates: Michael Chertoff, October 6, 2005; Alberto Gonzales, October 4, 2005; and Eduardo Aguirre, October 3, 2005.

light of the above, the parties also request and that the Joint Scheduling Conference Report which is currently due on **January 4, 2006**, be filed on **February 2, 2006**, and the Scheduling Conference currently scheduled for **January 11, 200, at 8:45** am be rescheduled to **February 10, 2006,** at 8 :45 am.

Dated: December 12, 2005                    Respectfully Submitted,

                                             McGREGOR W. SCOTT
                                             United States Attorney
                                    By:     /s/ Marianne A. Pansa
                                             Marianne A. Pansa
                                             Assistant U.S. Attorney
                                             Attorneys for the Defendants



                                    By:     /s/ Howard Hamilton (consent given to sign)
                                             Howard Hamilton
                                             Pro se

    Pursuant to this Joint Stipulation and for the reasons stated therein, **IT IS HEREBY ORDERED** that the respondents' Answer is due on **January 23, 2006.**  The Joint Scheduling Conference Report is due on **February 2, 2006**, and the Scheduling Conference will be held on **February 10, 2006** at 8:45 am.

                                             /s/ OLIVER W. WANGER

Date :   __December 14, 2005___              _____
                                             Oliver W. Wanger
                                             United States District Court Judge

2