```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARIANNE A. PANSA
    Assistant United States Attorney
 3  Federal Building, Room 3654
    1130 O Street
 4  Fresno, California 93721
 5  Telephone: (559) 498-7272
 6
    Attorneys for Defendants
 7
 8
```

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Howard Hamilton, ) | CIV-F-05-CV-01129-OWW-DLB |
| ) | |
| Petitioner. ) | **JOINT STIPULATION** |
| ) | **TO DISMISS WITHOUT** |
| ) | **PREJUDICE** |
| ) | |
| Department of Justice, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    Plaintiff, Howard Hamilton, and Defendants, by and through their attorney of record, Marianne A. Pansa, hereby stipulate, subject to the approval of the court, to dismissal of the action without prejudice, if the Defendants have not adjudicated Plaintiff's application for naturalization, by January 31, 2006.  See United States v. Hovespian, 359 F. 3d 1144, 1159-64 (2004) (en banc) (concluding that 8 U.S.C. § 1447(b) grants exclusive jurisdiction in the federal counts in the situation, as here, where the agency did not decide a naturalization application 120 days after the agency examined the applicant and the applicant thereafter applied to federal court for a hearing.).  Defendants have the necessary information needed to adjudicate the plaintiff's application and it is anticipated that he will be naturalized by January 31, 2006.

    The Plaintiff also requests that Docket # 1 and Docket # 2 in this civil action be put under

seal pursuant to Local Rule 39-141. Good cause exists, due to the fact that the cited documents contain confidential and private information such as Plaintiff's Social Security Number and date of birth. If the above information is not put under seal, it will cause permanent and irreparable harm and injury to the plaintiff if the said records stay public and therefore subject him to possible identity theft. Further Defendants will not be prejudiced due to the fact that said records are held confidential under seal.  The defendants do not oppose this request.

Each of the parties shall bear their own costs and fees.

Dated: December 22, 2005                    Respectfully Submitted,
                                            McGREGOR W. SCOTT
                                            United States Attorney
                                      By:   /s/ Marianne A. Pansa
                                            Marianne A. Pansa
                                            Assistant U.S. Attorney
                                            Attorneys for the Defendants


                                      By:   /s/ Howard Hamilton (consent given to sign)
                                            Howard Hamilton
                                            Pro se

Pursuant to this Joint Motion for Dismissal Without Prejudice, **IT IS HEREBY ORDERED**.

Date :   _12/22/05                          /s/Oliver W. Wanger
                                            Oliver W. Wanger
                                            United States District Court Judge

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22${}^{th}$ day of December, 2005, one copy of the **JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE,** was served on petitioner by a copy be placed in the interoffice delivery receptacle located in the Clerk's Office on the U.S. District Court in Fresno, California addressed to:

> Howard Hamilton
> P.O. Box 1262
> Ridgecrest, CA 93556-1262

/s/ Mary Goosby<br>Mary Goosby

3